In the Matter of the Application for a Peremptory Order of Mandamus in Favor of WILLIAM F. McGUINNESS, Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing State Prison, and THE STATE PAROLE BOARD, Respondents.— Application under article 78 of the Civil Practice Act for a peremptory order requiring the State Board of Parole to release the petitioner from Sing Sing. Order denying application unanimously affirmed, without costs. (*Matter of Bitz* v. *Canavan*, 257 App. Div. 247; Correction Law, §§ 212, 213.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of NORMAN J. LOWEY, as Executor of the Estate of EVELINA L. TIETJEN, Deceased, to Discover Certain Personal Property of Said Deceased Claimed to Be Withheld. ANSCHEL E. BARSHAY, Appellant; NORMAN J. LOWEY, as Executor, etc., of EVELINA L. TIETJEN, Deceased, Petitioner, Respondent; JAMES P. MANZI, Respondent.— In a discovery proceeding under sections 205 and 206 of the Surrogate's Court Act brought to recover certain bank accounts of the decedent or their proceeds, order of the Surrogate's Court of Kings County, entered on reargument, which adhered to the original decision denying appellant's motion to dismiss the proceeding, affirmed, with ten dollars costs and disbursements to petitioner-respondent. Appeal from original order dismissed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Owner and Holder of a Certain Mortgage Affecting Property Situate in the County of Kings, State of New York, and Known as 8640 Bay Parkway, Borough of Brooklyn, City of New York, for an Order Directing the Payment of Surplus Income of Said Property to Apply Towards the Reduction of Any Past Due Principal of Said Mortgage or Permitting Foreclosure of Said Mortgage, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. TITLE GUARANTEE AND TRUST COMPANY, Appellant; RIDGE HOLDING CORPORATION, Respondent.— In a proceeding under section 1077-c of the Civil Practice Act, order denying appellant's motion to confirm the report of an official referee, which required the surplus to be paid to appellant in reduction of the mortgage, reversed on the law, with ten dollars costs and disbursements, and motion granted, without costs. In our opinion the mortgagee is entitled to the surplus. Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to affirm, being of the opinion that under the peculiar circumstances of this case the discretion of the Special Term was fairly and equitably exercised.

SAMUEL KATZ, Respondent, v. CELIA BENJAMIN and ABRAHAM D. BENJAMIN, Appellants.— Action to recover damages for personal injuries suffered by plaintiff as a consequence of being struck by an automobile owned by the defendant husband and operated by the defendant wife. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.